### THE REALTY BOND & MORTGAGE CO v BOGNAR et

Ohio Appeals, 8th Dist, Cuyahoga Co

No. 9457.  Decided February 11, 1929

Messrs. Goulder, White & Garry, Cleveland, for Mortgage Co.
Messrs. S. B. Fitzsimmons and W. H. Munson, Cleveland, for Bognar et.

### EPITOMIZED OPINION

The oral promise of a construction loan mortgagor to hold plaintiff harmless from mechanics' liens, even though not considered within the statute of frauds, held not sufficiently proved because of insufficiency and conflicting character of evidence.

Opinion by SULLIVAN, J.
VICKERY, PJ, & LEVINE, J, concur.

### HORVITZ et v BLANTERN

Ohio Appeals, 9th Dist, Lorain Co

No. 502.  Decided October 8, 1929

Messrs. Fauver & Fauver and Anthony Nieding, Elyria, for Horvitz et.
Messrs. Rudin & Keech and D. W. Myers, Elyria, for Blantern.

Syllabus by PARDEE, J.

A debtor gave a redelivery bond, under 11667 GC., to the sheriff, who had levied an execution upon the automobile of the debtor. Subsequently, and within four months of the levy, said debtor was adjudged a bankrupt, and said debtor refused to deliver said property to the sheriff for sale under said execution, but did deliver the same to the trustee in bankruptcy, to be disposed of according to law:

**Held,** in a suit upon said bond, that the discharge in bankruptcy of the debtor discharged the obligors upon said bond.

Full opinion will published later.